# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Merz, Michael R. | U.S. District Court, S.D. Ohio | 02/03/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT recalled) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

200 West Second Street
Dayton, Ohio 45402

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee/ director, president | Dayton Metro Library Foundation |
| 2. | Director | State Library of Ohio |
| 3. | Director | East End Neighborhood Development Corporation |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 02/03/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 02/03/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Fifth Third Bank (cash) | A | Interest | K | T | | | | | |
| 3. John Hancock Life insurance cash value policy (whole life) | A | Int./Div. | J | T | | | | | |
| 4. MetLife insurance cash value policy (whole life) | A | Int./Div. | K | T | | | | | |
| 5. IRA # 1 (H) | | | | | | | | | |
| 6. LPL FINANCIAL US BANK NATIONAL ASSN SWEEP ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 7. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 8. American Airlines Group Inc (AAL) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 9. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 10. APPLIED MATERIALS INC (AMAT) | A | Dividend | K | T | | | | | |
| 11. AT&T Common shares (T) | A | Dividend | | | Sold | 04/09/19 | J | | |
| 12. Autozone Inc (AZO) | | None | | | Buy (add'l) | 04/09/19 | J | | |
| 13. | | | | | Sold (part) | 08/14/19 | J | | |
| 14. | | | | | Sold | 10/02/19 | J | D | |
| 15. Bank New York Mellon Corp (BK) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 16. Biogen, Inc. (BIIB) | | None | J | T | | | | | |
| 17. Bristol-Myers Squibb (BMY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Merz, Michael R.** | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Carnival Corp Paired CTF (CCL) | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 19. Carriage Services, Inc. (CSV) | A | Dividend | J | T | Sold (part) | 01/18/19 | J | A | |
| 20. | | | | | Buy (add'l) | 04/09/19 | K | | |
| 21. | | | | | Sold (part) | 08/01/19 | J | | |
| 22. CATERPILLAR INC (CAT) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 23. CIGNA CORP NEW (CI) | A | Dividend | J | T | Sold (part) | 08/01/19 | J | | |
| 24. CVS Health Corp (CVS) | A | Dividend | J | T | | | | | |
| 25. Federated INVS Inc PA CL B (FII) | A | Dividend | J | T | Sold (part) | 04/09/19 | K | C | |
| 26. FEDEX CORP (FDX) | A | Dividend | J | T | | | | | |
| 27. FRANKLIN RESOURCES INC (BEN) | A | Dividend | K | T | Buy (add'l) | 04/09/19 | K | | |
| 28. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 29. GOODYEAR TIRE AND RUBBER COMPANY (GT) | A | Dividend | J | T | | | | | |
| 30. Hospitality PPTYS TR (HPT) | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 31. INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | J | T | | | | | |
| 32. INTL BUSINESS MACHINES (IBM) | A | Dividend | J | T | | | | | |
| 33. Invesco LTD (IVZ) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | | |
| 34. JOHNSON & JOHNSON (JNJ) | A | Dividend | K | T | Sold (part) | 04/09/19 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | LOCKHEED MARTIN CORP LMT | A | Dividend | J | T | Sold<br>(part) | 08/01/19 | J | A | |
| 36. | Lowes Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 37. | McKesson Corp (MCK) | A | Dividend | J | T | Sold<br>(part) | 04/09/19 | J | | |
| 38. | NEWELL BRANDS INC (NWL) | A | Dividend | | | Sold | 08/14/19 | J | | |
| 39. | Peoples United Financial (PBCT) | A | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | B | |
| 40. | Qualcomm, Inc (QCOM) | A | Dividend | J | T | Sold<br>(part) | 04/09/19 | J | B | |
| 41. | REALTY INCOME CORP (O) | A | Dividend | J | T | Sold | 03/21/19 | K | D | |
| 42. | | | | | | Buy | 08/01/19 | J | | |
| 43. | Royal Dutch Shell PLC sponsored ADR<br>Repstgn A common (RDS/A) | A | Dividend | K | T | Sold<br>(part) | 04/09/19 | K | A | |
| 44. | SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | | | | | |
| 45. | Southwest Airlines (LUV) | A | Dividend | J | T | | | | | |
| 46. | Verizon Communications (VZ) | B | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | B | |
| 47. | Viacom Inc. CL B NEW (VIAB) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 48. | | | | | | Merged<br>(with line 49) | 12/05/19 | J | | |
| 49. | Viacomcbs Inc CL B (VIAC) | A | Dividend | J | T | | | | | |
| 50. | Wabtec (WAB) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 51. | WALT DISNEY CO (DIS) | A | Dividend | J | T | Sold<br>(part) | 04/09/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Washington REIT SB1 (WRE) | A | Dividend | | | Sold | 04/09/19 | K | C | |
| 53. Welltower Inc. (HCN) | A | Dividend | | | Sold | 04/10/19 | J | C | |
| 54. First Trust IV Tactical High Yield ETF (HYLS) | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 55. Ishares 1-3 Yr Treasury Bond ETF (SHY) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 56. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 57. Ishares S&P US Preferred Stock Index Fund (PFF) | A | Dividend | K | T | Sold (part) | 04/09/19 | J | | |
| 58. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 59. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 60. Ishares JPMorgan USD Emerging Markets Bond ETF (EMB) | A | Dividend | K | T | Buy | 04/09/19 | J | | |
| 61. Schwab U S Aggregate Bond ETF (SCHZ) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 62. | | | | | Buy (add'l) | 06/17/19 | J | | |
| 63. Vaneck Vectors High Yield Mun Index ETF New (HYD) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 64. Nuveen Municipal Value Fund (NUV) | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 65. IRA #2 (H) | | | | | | | | | |
| 66. LPL FINANCIAL US BANK NATIONAL ASSN SWEEP ACCOUNT (cash) | A | Interest | K | T | | | | | |
| 67. ALPHABET INC CL C (GOOG) | | None | J | T | | | | | |
| 68. American Airlines Group Inc (AAL) | A | Dividend | J | T | Buy | 08/14/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. APPLE INC (AAPL) | A | Dividend | J | T | | | | | |
| 70. APPLIED MATERIALS INC (AMAT) | A | Dividend | K | T | | | | | |
| 71. AT&T Common shares (T) | A | Dividend | | | Sold | 04/09/19 | J | | |
| 72. Autozone Inc (AZO) | | None | | | Sold (part) | 08/14/19 | J | | |
| 73. | | | | | Sold | 10/02/19 | J | C | |
| 74. Bank New York Mellon Corp (BK) | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 75. Biogen, Inc. (BIIB) | | None | J | T | | | | | |
| 76. Bristol-Myers Squibb (BMY) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 77. Carnival Corp Paired CTF (CCL) | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 78. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 79. Carriage Services, Inc. (CSV) | A | Dividend | J | T | Sold | 01/18/19 | J | A | |
| 80. | | | | | Buy | 04/09/19 | K | | |
| 81. CATERPILLAR INC (CAT) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 82. CIGNA CORP NEW (CI) | A | Dividend | J | T | | | | | |
| 83. CVS Health Corp (CVS) | A | Dividend | J | T | | | | | |
| 84. Federated INVS Inc PA CL B (FII) | A | Dividend | J | T | Sold (part) | 04/09/19 | K | C | |
| 85. FEDEX CORP (FDX) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   FRANKLIN RESOURCES INC (BEN) | A | Dividend | K | T | Buy (add'l) | 04/09/19 | J | | |
| 87. | | | | | Buy (add'l) | 12/20/19 | J | | |
| 88.   GOODYEAR TIRE & RUBBER (GT) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 89.   Hospitality PPTYS TR (HPT) | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 90.   INTERNATIONAL PAPER COMPANY (IP) | A | Dividend | J | T | Buy (add'l) | 04/09/19 | J | | |
| 91.   INTL BUSINESS MACHINES CORP (IBM) | A | Dividend | J | T | | | | | |
| 92.   Invesco LTD (IVZ) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | | |
| 93.   JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | A | |
| 94.   LOCKHEED MARTIN CORP (LMT) | A | Dividend | J | T | | | | | |
| 95.   Lowes Companies Inc (LOW) | A | Dividend | J | T | | | | | |
| 96.   McKesson Corp (MCK) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | | |
| 97.   NEWELL BRANDS INC (NWL) | A | Dividend | | | Buy (add'l) | 04/09/19 | J | | |
| 98. | | | | | Sold | 08/14/19 | J | A | |
| 99.   Peoples United Financial (PBCT) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | C | |
| 100.  Qualcomm, Inc (QCOM) | A | Dividend | J | T | Sold (part) | 04/09/19 | J | B | |
| 101.  REALTY INCOME CORP (O) | A | Dividend | K | T | Sold (part) | 04/09/19 | J | B | |
| 102.  Royal Dutch Shell PLC sponsored ADR Repstgn A common (RDS/A) | A | Dividend | J | T | Sold (part) | 04/09/19 | K | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Merz, Michael R.** | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. SCHLUMBERGER LTD (SLB) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/19 | J | | |
| 104. Southwest Airlines (LUV) | A | Dividend | J | T | Buy<br>(add'l) | 04/09/19 | J | | |
| 105. Verizon Communications (VZ) | B | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | B | |
| 106. Viacom Inc. CL B NEW (VIAB) | A | Dividend | | | Buy | 04/09/19 | J | | |
| 107. | | | | | Merged<br>(with line 108) | 12/05/19 | J | | |
| 108. Viacomcbs Inc CL B (VIAC) | A | Dividend | J | T | | | | | |
| 109. Wabtec (WAB) | A | Dividend | J | T | Buy | 10/02/19 | J | | |
| 110. WALT DISNEY CO (DIS) | A | Dividend | J | T | Sold<br>(part) | 04/09/19 | J | A | |
| 111. Washington REIT SB1 (WRE) | A | Dividend | | | Sold | 04/09/19 | K | D | |
| 112. Welltower Inc. (HCN) | A | Dividend | | | Sold | 04/09/19 | J | C | |
| 113. First Trust IV Tactical High Yield ETF (HYLS) | A | Dividend | J | T | Buy | 04/09/19 | J | | |
| 114. Ishares 1-3 Yr Treasury Bond ETF (SHY) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 115. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 116. Ishares S&P US Preferred Stock Index Fund (PFF) | A | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | | |
| 117. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 118. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 119. Ishares JPMorgan USD Emerging Markets Bond ETF (EMB) | A | Dividend | J | T | Buy | 04/09/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 02/03/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Schwab U S Aggregate Bond ETF (SCHZ) | A | Dividend | K | T | Buy | 04/09/19 | K | | |
| 121. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 122. Vaneck Vectors High Yield Mun Index ETF New (HYD) | A | Dividend | J | T | Buy | 04/09/19 | K | | |
| 123. Nuveen Municipal Value Fund (NUV) | A | Dividend | | | Sold | 04/09/19 | K | A | |
| 124. Investment Account #1 (H) | | | | | | | | | |
| 125. Westwood Income OPPTYS CL (WHGIX) (Y) | | | | | | | | | |
| 126. INVESCO QQQ SER 1 ETF (QQQ) | A | Dividend | J | T | Sold (part) | 05/07/19 | J | A | |
| 127. ISHARES US PREFERRED STOCK ElF (PFF) | A | Dividend | J | T | | | | | |
| 128. ISHARES IBOXX $ HIGH YIELD CORP BOND ETF (HYG) | A | Dividend | J | T | | | | | |
| 129. ISHARES RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | | | | | |
| 130. ISHARES SELECT DIVIDEND TF (DVY) | A | Dividend | J | T | | | | | |
| 131. SCHWAB INTL EQUITY ETF (SCHF) | A | Dividend | J | T | | | | | |
| 132. Sector Energy Select Sector SPDR ETF (XLE) | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 133. Sector Financial Select Sector SPDR ETF (XLF) | A | Dividend | J | T | Buy | 05/14/19 | J | | |
| 134. SPDR SERIES TRUST S&P DIVIDEND ETF (SDY) | A | Dividend | J | T | Sold (part) | 05/07/19 | J | A | |
| 135. SPDR SERIES TRUST S&P 400 MID CAP GROWTH ETF (MDYG) (X) | A | Dividend | J | T | | | | | |
| 136. VANGUARD SHORT TERM BOND ETF (BSV) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Merz, Michael R. | 02/03/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Merz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544